UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICKOLAS M. MORRISON,<br><br>                Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>                Defendant. | Case No. 4:18-cv-00565-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation of Dismissal filed by the parties in the instant case (Dkt. 23),

**IT IS HEREBY ORDERED that**:

1.      This action is **DISMISSED WITH PREJUDICE**.

2.      Each party will bear their own costs and attorney's fees.

3.      The Clerk is directed to close this case.

DATED: June 1, 2020

Honorable Candy W. Dale
United States Magistrate Judge